HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RODERICK RIGMAIDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>RODERICK RIGMAIDEN,<br><br>                    Defendant. | Case No.  2:22-cr-000152-KJM<br><br>DEFENDANT'S NOTICE AND MOTION FOR BAIL REVIEW PURSUANT TO 18 U.S.C. § 3142<br><br>Date:   August 31, 2022<br>Time:   2:00 p.m.<br>Judge:  Hon. Allison Clair |

TO:  UNITED STATES ATTORNEY PHILLIP A. TALBERT AND ASSISTANT UNITED STATES ATTORNEY ELLIOT WONG:

**PLEASE TAKE NOTICE THAT** on August 31, 2022, at 2:00 p.m., or at such other date and time as determined by the Court, defendant, RODERICK RIGMAIDEN, through his attorney MEGAN T. HOPKINS, of the Office of the Federal Defender, hereby moves for a bail review hearing to consider new information material to the evaluation of conditions of release from custody.

I.     **MOTION**

Mr. Roderick Rigmaiden moves for release pending resolution of the charges in the above-captioned case, pursuant to 18 U.S.C. § 3142(f).  He is charged by complaint for alleged

violation of 18 U.S.C. § 1708.  Mr. Rigmaiden made his initial appearance in the Eastern District of California on the criminal complaint on June 30, 2022.

At Mr. Rigmaiden's initial appearance, the government moved for detention.  The Pretrial Services (PTS) office was unable to prepare a written report in time for his initial appearance. Counsel for Mr. Rigmaiden had not yet been able to get into contact with Mr. Rigmaiden's family.  To give PTS ample time to prepare a report and upon agreement by the government and Mr. Rigmaiden's counsel, the Court set a detention hearing for July 5, 2022.  At the hearing on July 5, 2022, Mr. Rigmaiden was ordered detained on the basis that the Court could not be reasonably assured of his appearance at future court proceedings, without prejudice. A preliminary hearing was scheduled for July 14, 2022.

On July 7, 2022, Mr. Rigmaiden filed a motion for bail review based on new information that Mr. Rigmaiden's mother and sister were willing to pursue a secured appearance bond by posting real property in support of Mr. Rigmaiden.  A hearing was scheduled for July 14, 2022, the date already set for preliminary hearing.  On July 14, 2022, an indictment was returned for Mr. Rigmaiden, charging him in counts 1-3 with mail fraud, in violation of 18 U.S.C. § 1341; in counts 4-5 with aggravated identity theft, in violation of 18 U.S.C. § 1028A; and in count 6 with possession of stolen mail, in violation of 18 U.S.C. § 1708.  At the July 14, 2022 hearing, Mr. Rigmaiden was arraigned on the indictment, after which the Court turned to the pending motion for bail review.

The Court explained in generous detail its concern that Mr. Rigmaiden's prior detention order appeared to be erroneous, in that it contained a typographic error in a box checked for a presumption of detention, which clearly did not apply, and a lack of clarity as to whether Mr. Rigmaiden was being detained as a flight risk, a danger to the community, or both, and on what grounds the government's motion for a detention hearing had been granted.  *See* Exhibit A:

*United States v. Roderick Rigmaiden*
Defendant's Motion for Bail Review

1
2
3
4
5
6
7
8
9

Transcript of Proceedings on July 14, 2022.  The Court indicated that perhaps the prior magistrate judge should revisit the matter, before the bail review motion was heard. Unfortunately, Mr. Rigmaiden's sister and mother were unable to communicate with Pretrial Services in advance of the hearing to confirm the availability of and details regarding the property to be posted.  Defense counsel withdrew the motion for bail review and Mr. Rigmaiden remained detained on the prior detention order.  The magistrate judge who originally detained Mr. Rigmaiden did not, *sua sponte*, revisit the detention order or recall the case for a review of the initial bail proceedings.

10
11
12
13
14
15
16
17

Setting aside the propriety of his original detention[1], Mr. Rigmaiden now comes a second time before this Court to seek his release from custody based on new information that *another* sister is willing and able to post her property, worth approximately $148,000[2], and serve as a surety for Mr. Rigmaiden.  Mr. Rigmaiden has provided the pretrial services officer with a proposed release plan, including his initial release to an inpatient drug treatment program (WellSpace) upon confirmation of bed space availability, followed by participation in the location monitoring program and residence at either his mother's or his friend's home[3].

18
/ / /

19
/ / /

20
/ / /

21
/ / /

22
23
24
25
26
27
28

---

[1] The time period allocated for a motion to revoke the original detention order, as well for a motion for reconsideration of the order, has passed.  Defense counsel believes the most procedurally appropriate motion is one for bail review, given the new information available to the Court and parties.

[2] Defense counsel has provided the pretrial services officer with an appraisal report, declaring the appraised value to be at least $148,000.

[3] The latter portion of the release plan could be determined either at the hearing requested herein, or at a status conference following at least 60 days of inpatient treatment, when a projected completion date has been confirmed and after pretrial has had an opportunity to work with Mr. Rigmaiden in the treatment setting.

*United States v. Roderick Rigmaiden*
Defendant's Motion for Bail Review

## II.      CONCLUSION

For the foregoing reasons, Mr. Roderick Rigmaiden respectfully requests that this Court reopen the matter of detention and order his release on any and all conditions it deems appropriate.

Dated: August 24, 2022                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
RODERICK RIGMAIDEN

-4-

*United States v. Roderick Rigmaiden*
Defendant's Motion for Bail Review