HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RODERICK RIGMAIDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RODERICK RIGMAIDEN,<br><br>    Defendant. | Case No. 2:22-cr-00152-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>Date:  May 16, 2023<br>Time:  9:30 a.m.<br>Judge:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Elliot Wong, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Roderick Rigmaiden, that the sentencing hearing scheduled for April 11, 2023, at 9:30 a.m. be continued to **May 16, 2023, at 9:30 a.m.**

The probation officer is working to complete the presentence investigation process. After conferring with the probation officer, May 16, 2023, is the earliest sentencing date that probation can accommodate.

It is therefore requested that the matter be continued to May 16, 2023, for sentencing, and that the PSR schedule be modified, as follows:

    Proposed Presentence Report Due:                                    March 28, 2023

| | |
|---|---|
| Informal Objections to Presentence Report Due: | April 11, 2023 |
| Presentence Report Due: | April 18, 2023 |
| Formal Objections to Presentence Report Due: | May 2, 2023 |
| Reply or Statement of Non-Opposition Due: | May 9, 2023 |
| Judgment and Sentencing: | May 16, 2023 |

Dated: March 20, 2023

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Roderick Rigmaiden


PHILLIP A. TALBERT
United States Attorney

DATED:  March 20, 2023

*/s/ Elliot Wong*
ELLIOT WONG
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing as to this defendant previously set for April 11, 2023, is CONTINUED to **May 16, 2023, at 9:30 a.m.** The modified presentence schedule is further adopted as this Court's order.

IT IS SO ORDERED.

Dated:  **March 29, 2023**

_____
UNITED STATES DISTRICT JUDGE